# FINANCIAL AFFIDAVIT

IN UNITED STATES  ☒ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. Santiago

FOR / AT: _____

LOCATION NUMBER: _____

**PERSON REPRESENTED** (Show your full name): Julio Santiago

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**
Magistrate: 04-500
District Court: _____
Court of Appeals: _____

**CHARGE/OFFENSE** (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed — CAR MECHANIC
- Name and address of employer: SELF EMPLOYED
- IF YES, how much do you earn per month? $1,000.00
- IF NO, give month and year of last employment / How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes  ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ _____ — NO

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No — IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☐ No — SEIZED UPON
- IF YES, GIVE THE VALUE AND DESCRIBE IT:
  - $700 — MINIVAN DODGE CARAVAN 2 YR OLD 1994
  - $2,000 — MERCEDES '89 6 MONTHS 04

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
- Total No. of Dependents: 2
- List persons you actually support and your relationship to them: JULIO ANGEL SANTIAGO 19 SON; FRANCESCA A. SANTIAGO DAUGHTER 17

## OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt |
|---|---|---|---|
| RENT | | | $975 |
| | LEOMINSTER HOSPITAL MA | $2,000+ | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 10-28-004

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Julio Santiago