₳AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

_United States_
_v._
_Julio Santiago_

**APPEARANCE**

Case Number: _MJ  04-M-0509 RBC-01_

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _defendant_

I certify that I am admitted to practice in this court.

_9 Nov 2004_
Date

_[signature]_
Signature

_Jose F. Carrillo_  _6453_
Print Name / Bar Number

_358 Arnolds Ave_
Address

_Pawt_   _RI_   _02889_
City / State / Zip Code

_401 227 5000_   _401 454 5000_
Phone Number / Fax Number